Taylor v. Bettis
NCED 7:09cv183-F

Plaintiffs' Motions to Appoint Receivers
And to Certify a Class

Exhibit 24:

Emanuel & Dunn Timesheet and Invoice
Showing $7,500 Payment from CCDN
13 March 2009

Emanuel & Dunn, PLLC
Attorneys At Law
3230 Country Club Road
P.O. Drawer 1389
New Bern, North Carolina 28563

Tel. 252-633-3800
Fax 252-633-6669
Federal ID #: 56-1349199

PAGE: 1
February 28, 2009
ACCOUNT NO: 2008382-00A
STATEMENT NO.: 1

Phillip M. Manger
7144 North Harlem Avenue, Suite 323
Chicago IL 60631

William G. Harrison, Sr. v. AEGIS Corporation etal

| Date | | Description | HOURS | |
|---|---|---|---|---|
| 11/26/2008 | LWB | Review pleadings. Conference with potential clients. Legal research. | 2.70 | 540.00 |
| 12/03/2008 | LWB | Legal research. Conference with potential clients. | 2.50 | 500.00 |
| 12/04/2008 | NN | Conference with attorney re facts of suit; assist in reviewing documents and prepare documents/pleadings emailed to attorney for preparation of new file. | 1.40 | 84.00 |
| | NN | Draft retainer letter; edit and revise retainer letter, publish to PDF; electronic correspondence to client Manger re same. | 0.90 | 54.00 |
| | NN | Attend telephone conference between attorney and potential clients; record notes during conference. | 1.00 | 60.00 |
| | LWB | Legal research. Conference with clients. Correspondence to opposing counsel. | 4.50 | 900.00 |
| 12/05/2008 | NN | Prepare/draft case captions for each of three suits: Harrison, Hunt and Livingston; assist drafting;preparing certificates of service and language for motion to dismiss. | 1.20 | 72.00 |



Exhibit A

Phillip M. Manger
PAGE: 2
February 28, 2009
ACCOUNT NO: 2008382-00A
STATEMENT NO.: 1

William G. Harrison, Sr. v. AEGIS Corporation etal

|  |  | HOURS |  |
|---|---|---|---|
| NN | Electronic correspondence from client re revisions to retainer agreement; revise agreement to meet those revisions. | 0.30 | 18.00 |
| NN | Multiple conferences with attorneys re how to proceed with Monday's litigation. | 0.60 | 36.00 |
| NN | Begin drafting/preparing Affidavits of Service for Robert Lock and Philip Manger. | 0.30 | 18.00 |
| NN | Review all docs from client, print & organize;file into appropriate subfiles for Monday's litigation; organize all file info/doc in computer database. | 3.80 | 228.00 |
| NN | Additional electronic correspondence to and from client and phone call from client re obtaining complete calendars for Monday's hearing & Complaint for Lucas. | 0.40 | 24.00 |
| NN | Initiial review of notice of hearing for Hunt's default judgment and initial review of Livingston's brief for Monday's hearing--both received in mail today. | 0.30 | 18.00 |
| LWB | Communication with opposing counsel. Draft motions. Draft affidavits for Clients. Correspondence with clients. Research. | 8.00 | 1,600.00 |
| 12/06/2008 LWB | Legal research. Review voluminous materials from opposing counsel. Conference with Clients. Correspondence to opposing counsel. Correspondence to clients. | 8.00 | 1,600.00 |
| 12/07/2008 LWB | Draft motions. Legal research on same. Prepare for hearings. | 11.60 | 2,320.00 |
| 12/08/2008 NN | Review various e-correspondence from client; conference with staff re status update. | 0.30 | 18.00 |
| NN | Conference with attorney re outcome of hearings this morning on motion for default judgment. | 0.20 | 12.00 |

Phillip M. Manger

William G. Harrison, Sr. v. AEGIS Corporation etal

PAGE: 3
February 28, 2009
ACCOUNT NO: 2008382-00A
STATEMENT NO.: 1

| | | | HOURS | |
|---|---|---|---|---|
| | LWB | Prepare for, travel to, and defend two motions in Bladen County, NC. | 8.50 | 1,700.00 |
| 12/09/2008 | | | | |
| | LWB | Draft Continuance order and communication with clients. | 1.00 | 200.00 |
| 12/10/2008 | | | | |
| | PJK | Organize file materials, place in correct file folders. | 1.50 | 90.00 |
| | LWB | Draft correspondence to Court and to opposing counsel. | 0.30 | 60.00 |
| 12/11/2008 | | | | |
| | PJK | Correspondence to Judge Barefoot regarding Order Denying Default Judgment and Continuance Order in the Lucas suit. | 0.50 | 30.00 |
| | PJK | Correspondence to Judge Barefoot regarding Order Denying Default Judgment with copy to opposing counsel. | 0.50 | 30.00 |
| 12/15/2008 | | | | |
| | LWB | Conference with opposing counsel. Conference with Co-Defendant's counsel. Review correspondence from opposing counsel. Correspondence to Bladen County Clerk of Court. | 1.90 | 380.00 |
| 12/17/2008 | | | | |
| | PJK | Telephone conference with clerk of court regarding cost for copying all three files; Prepare check for fees associated with this request. | 0.50 | 30.00 |
| | PJK | Correspondence to clerk of court regarding request for copies of three court files. | 0.20 | 12.00 |
| | LWB | Set administrative calendar. Correspondence with client. Correspondence with opposing counsel. | 0.50 | 100.00 |
| 12/22/2008 | | | | |
| | NN | Telephone call to clerk of court re status of our copy of court's files. | 0.30 | 18.00 |
| | NN | Conference with attorney re litigation strategy, notice of hearing received today and receipt of information from clerk of court. | 0.30 | 18.00 |

Phillip M. Manger

PAGE: 4
February 28, 2009
ACCOUNT NO: 2008382-00A
STATEMENT NO.: 1

William G. Harrison, Sr. v. AEGIS Corporation etal

|   |   |   | HOURS |   |
|---|---|---|---|---|
| 12/23/2008 | | | | |
| | PJK | Correspondence from opposing counsel regarding Calendar Request for Default Judgment; Calendar Default Judgment. | 0.50 | 30.00 |
| | PJK | Calendar continued date for Default Judgment in the Hunt suit for February 13. | 0.20 | 12.00 |
| | PJK | Correspondence from clerk of court regarding copies of Court file: Review of same. | 0.50 | 30.00 |
| | LWB | Legal research on the issue of class actions; order for arrest and bail and appointment of Receiver | 2.60 | 520.00 |
| 12/29/2008 | | | | |
| | PJK | Prepare working copy of one the the files received from clerk of court. | 1.00 | 60.00 |
| 12/31/2008 | | | | |
| | PJK | Copy additional working copies of Court files. | 1.50 | 90.00 |
| 01/05/2009 | | | | |
| | PJK | Continue placing original Court file copies in working notebooks. | 1.50 | 90.00 |
| | LWB | Review correspondence from opposing counsel. Correspondence to opposing counsel. | 0.30 | 60.00 |
| 01/06/2009 | | | | |
| | LWB | Draft all affidavits for each of the defendants. Legal research. Review complaint and voluminous motions from opposing counsel. Correspondence to opposing counsel. | 5.40 | 1,080.00 |
| 01/07/2009 | | | | |
| | PJK | Review affidavit of Tracy Webster; Review Affidavit of Colleen Lock; Review Affidavit of Phil Manger; Review Affidavit of Robert Lock. | 2.00 | 120.00 |
| | LWB | Draft motion to dismiss. Review and summarize in detail each allegation in the Harrison complaint. | 3.80 | 760.00 |

PAGE: 5
February 28, 2009
ACCOUNT NO:     2008382-00A
STATEMENT NO.:          1

Phillip M. Manger

William G. Harrison, Sr. v. AEGIS Corporation etal

|  |  |  | HOURS |  |
|---|---|---|---:|---:|
| 01/09/2009 | PJK | Complete working notebooks from Court files. | 1.70 | 102.00 |
| 01/12/2009 | PJK | Correspondence to R. Lock regarding copies of our Motion to Dismiss; Review file and prepare copy of same. | 0.50 | 30.00 |
| 01/13/2009 | LWB | Final review of affidavits. Send affidavits to clients for signature. (Harrison) | 1.10 | 220.00 |
| 01/14/2009 | LWB | Continue summarizing all three Complaints. Legal research on the allegations. | 5.70 [2.0 handwritten] | 1,140.00 |
|  | CJC | Caselaw research: service of process, jurisdiction, ethical issues. | 1.00 | 115.00 |
| 01/15/2009 | LWB | Final draft of motion to dismis and motion to set aside entry of default, all three cases | 4.20 | 840.00 |
| 01/16/2009 | CJC | Review of draft motion; research on ethics violations. | 1.00 | 115.00 |
| 01/21/2009 | LWB | Review correspondence from client. Review two new motions from opposing counsel. Harrison | 1.00 | 200.00 |
| 01/22/2009 | LWB | Review correspondence from opposing counsel. | 0.70 | 140.00 |
| 01/29/2009 | PJK | Correspondence from trial court regarding Plaintiffs Motion for Default Judgment; Confirm on calendar. | 0.50 | 30.00 |
|  | LWB | Finalize motion to dismiss. | 3.70 | 740.00 |
| 01/30/2009 | PJK | Correspondence from opposing counsel regarding pleadings recently filed; Place in date order and file in Pleadings notebook. | 1.00 | 60.00 |

Phillip M. Manger
William G. Harrison, Sr. v. AEGIS Corporation etal

PAGE: 6
February 28, 2009
ACCOUNT NO: 2008382-00A
STATEMENT NO.: 1

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/03/2009 | LWB | Conference with state bar. Correspondence with opposing counsel. Correspondence with client. | 1.20 | 240.00 |
| 02/09/2009 | PJK | Preparation of facsimile cover sheet to opposing counsel regarding courtesy copy of Motion to Dismiss. | 0.20 | 12.00 |
| | PJK | Correspondence to Trial Court Administrator regarding our Motion to Dismiss and placing on Motion calendar session for February 13 in Bladen County. | 0.20 | 12.00 |
| | PJK | Correspondence to clerk of court regarding filing Motion to Dismiss; Prepare Notice of Hearing; Prepare Calendar Request. | 1.00 | 60.00 |
| | LWB | Finalize motion to dismiss. All three cases | 3.40 | 680.00 |
| | NN | Assist in drafting notice of hearing on our motion to dismsis as to formatting problems. | 0.30 | 18.00 |
| 02/10/2009 | PJK | Prepare copies of all complaints for inquiry by the NC State Bar Association. | 1.00 | 60.00 |
| 02/11/2009 | PJK | Correspondence from Philip Manger regarding Affidavit; Prepare for filing with Clerk of Court. | 0.50 | 30.00 |
| | PJK | Correspondence from Tracy Webster regarding Affidavit; Prepare for filing with clerk of court. | 0.50 | 30.00 |
| | PJK | Correspondence from Robert Lock regarding Affidavit; Prepare for filing with Clerk of Court. | 0.50 | 30.00 |
| | PJK | Correspondence from Colleen Lock regarding Affidavit; Prepare for filing with Clerk of Court. | 0.50 | 30.00 |
| 02/12/2009 | PJK | Correspondence from opposing counsel regarding Voluntary Dismissal without prejudice. | 0.20 | 12.00 |
| | LWB | Prepare for hearings tomorrow. | 3.20 | 640.00 |

PAGE: 7
February 28, 2009
ACCOUNT NO: 2008382-00A
STATEMENT NO.: 1

Phillip M. Manger

William G. Harrison, Sr. v. AEGIS Corporation etal

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | NN | Legal Research: re costs taxed against plaintiff for voluntary dismissal. | 1.20 | 72.00 |
| | NN | Hunt vs. R.K. Lock et al: Begin drafting affidavit for attorneys fees and costs. | 0.50 | 30.00 |
| 02/13/2009 | LWB | Prepare for and attend heaings in Bladen county. | 9.00 | 1,800.00 |
| 02/17/2009 | PJK | Prepare draft of Affidavit in Support of Motion for Attorney Fees. | 1.00 | 60.00 |
| | PJK | Prepare draft of Motion for Attorney Fees. | 1.00 | 60.00 |
| 02/18/2009 | PJK | Telephone conference with clerk of court regarding Order being issued in the cases. | 0.20 | 12.00 |
| 02/19/2009 | PJK | Reorganize file materials after Court hearing. | 0.50 | 30.00 |
| 02/24/2009 | PJK | Review Orders in file for correctness; Prepare draft of correspondence to Judge Barefoot regarding signing and returning Orders. | 1.00 | 60.00 |
| | | FOR CURRENT SERVICES RENDERED | 132.50 | 21,332.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Lee W. Bettis, Jr. | 94.80 | $200.00 | $18,960.00 |
| Laura Nicole Norris Mills | 13.30 | 60.00 | 798.00 |
| Pamela J. Ketner | 22.40 | 60.00 | 1,344.00 |
| Charles J. Cushman | 2.00 | 115.00 | 230.00 |

| 02/09/2009 | Duplication expense | 41.25 |
|---|---|---|
| | TOTAL EXPENSES | 41.25 |

PAGE: 8
February 28, 2009
ACCOUNT NO: 2008382-00A
STATEMENT NO.: 1

Phillip M. Manger

William G. Harrison, Sr. v. AEGIS Corporation etal

| Date | Description | Amount |
|---|---|---|
| 12/08/2008 | Travel expense for trip to and from Elizabethtown, NC (230 miles @ .585/mile) | 134.55 |
| 12/17/2008 | Paid to Clerk of Court of Bladen County re: copies of Court file | 353.00 |
| 12/23/2008 | Legal Research for month of December | 398.54 |
| 01/06/2009 | Legal Research | 10.94 |
| 01/07/2009 | Legal Research | 8.57 |
| 01/14/2009 | Legal Research | 10.35 |
| 01/15/2009 | Legal Research | 11.49 |
| 01/17/2009 | Legal Research | 73.77 |
| 01/19/2009 | Legal Research | 57.35 |
| 01/31/2009 | Legal Research | 95.99 |
| 02/13/2009 | Travel expense for trip to and from Elizabeth Town, NC for Bladen County Court appearance (230 miles @ .55/mile) | 126.50 |
| | TOTAL ADVANCES | 1,281.05 |
| | TOTAL CURRENT WORK | 22,654.30 |
| | COURTESY DISCOUNT | -3,199.80 |
| | BALANCE DUE | $19,454.50 |

Payments/Charges after statement date
appear on next statement
PLEASE INCLUDE ACCOUNT NUMBER ON CHECK

Emanuel & Dunn, PLLC
Attorneys At Law
3230 Country Club Road
P.O. Drawer 1389
New Bern, North Carolina 28563

Tel. 252-633-3800
Fax 252-633-6669
Federal ID #: 56-1349199

Phillip M. Manger
7144 North Harlem Avenue, Suite 323
Chicago IL 60631

PAGE: 1
May 18, 2009
ACCOUNT NO: 2008382-00A
STATEMENT NO.: 2

William G. Harrison, Sr. v. AEGIS Corporation etal

| | | HOURS | |
|---|---|---|---|
| 03/04/2009 PJK | Correspondence from Judge Barefoot regarding filed stamped copy of Order removing plaintiff's counsel from case; Calendar next Court date of April 6 as per Order. | 0.50 | 30.00 |
| 03/09/2009 PJK | Prepare facsimile cover sheet for North Carolina State Bar regarding Orders issued removing plaintiffs attorney. | 0.30 | 18.00 |
| 03/10/2009 LWB | Review new motion from opposing counsel. Draft correspondence to opposing counsel and to client. | 0.20 | 40.00 |
| 03/11/2009 PJK | Correspondence from opposing counsel regarding filed stamped copy of Motion Pursuant to Rule 59 in all three cases. | 0.30 | 18.00 |
| LWB | Draft response to Rule 59 Motion. | 0.70 | 140.00 |
| 03/12/2009 PJK | Research Court Calendar for March 16 in Bladen County. Confirm not on calendar for hearing. | 0.50 | 30.00 |
| PJK | Revise Motion in Opposition of Rule 59 Motion. | 0.30 | 18.00 |
| PJK | Prepare Motion in Opposition of Rule 59 Motion for Hunt. | 0.50 | 30.00 |

PAGE: 2
May 18, 2009
Phillip M. Manger
ACCOUNT NO: 2008382-00A
STATEMENT NO.: 2

William G. Harrison, Sr. v. AEGIS Corporation etal

| | | HOURS | |
|---|---|---|---|
| 03/13/2009 | | | |
| PJK | Prepare Motion in Opposing to Rule 59 Motion in the Lucas case. | 0.50 | 30.00 |
| PJK | Correspondence from opposing counsel regarding Limited Entry of Appearance for each case. | 0.60 | 36.00 |
| 03/17/2009 | | | |
| PJK | Correspondence from opposing counsel regarding Record on Appeal. | 0.20 | 12.00 |
| 03/23/2009 | | | |
| CJC | Review of appeals documents, phonecall to plaintiff's attorney. | 1.20 | 138.00 |
| 03/24/2009 | | | |
| PJK | Research Rules of Civil Procedure for information on Record on Appeal. | 0.50 | 30.00 |
| CJC | Research and drafting of Motion to Dismiss Appeal. | 3.60 | 414.00 |
| 03/25/2009 | | | |
| PJK | Telephone conference with clerk of court regarding request for copy of court reporters name in court at February 13 hearing; Memo to file. | 0.50 | 30.00 |
| PJK | Correspondence to clerk of court regarding request for copy of transcript. | 0.30 | 18.00 |
| 03/26/2009 | | | |
| PJK | Revise all three Defendants Motion to Dismiss Appeal; Revisions to all three Memorandum of Law In Support of Defendants Motion to Dismiss Appeal. | 1.00 | 60.00 |
| PJK | Correspondence to clerk of court regarding filing Motion to Dismiss Appeal; Prepare Calendar Request and fax to Judge Barefoot's assistant; Serve on opposing counsel. | 1.00 | 60.00 |
| CJC | Finalize and send out Motion to Dismiss, Memo in Support, and calendar request for hearing, re: Appeal. | 2.80 | 322.00 |

PAGE: 3
May 18, 2009
Phillip M. Manger
ACCOUNT NO: 2008382-00A
STATEMENT NO.: 2

William G. Harrison, Sr. v. AEGIS Corporation etal

|  |  | HOURS |  |
|---|---|---|---|
| 03/27/2009 PJK | Correspondence from trial court administrator regarding Bladen County Civil District Court Calendar; Confirm on calendar for scheduled date and time. | 0.50 | 30.00 |
| 03/30/2009 PJK | Telephone conference with Judge Barefoot's assistant regarding our Motion to Dismiss Appeal being calendared for April 6; Prepare memo to file. | 0.50 | 30.00 |
| PJK | Telephone conference with District Court Judge's Assistant regarding Judge Barefoot's schedule in Bladen County; Memo to file. | 0.30 | 18.00 |
| NN | Telephone call to clerk of court re various dates of scheduled hearings in civil court for April; review online court calendar to no avail. | 0.40 | 24.00 |
| 03/31/2009 PJK | Prepare Calendar Request for Motion to Dismiss Appeal for each case; Prepare facsimile cover sheet for trial court administrator and opposing counsel. | 1.00 | 60.00 |
| NN | Conference with attorney and staff re court calendars. | 0.20 | 12.00 |
| 04/02/2009 PJK | Correspondence from clerk of court regarding filed stamped copy of Motion to Dismiss Appeal and Memorandum of Law In Support of Motion in all three cases. | 0.40 | 24.00 |
| 04/06/2009 NN | Conference with attorney re outcome of court hearings and next district court hearings scheduled for April 27th. | 0.30 | 18.00 |
| LWB | Prepare for and attend hearing in Bladen county. Meet with Livingston's attorney. | 8.20 | 1,640.00 |
| 04/07/2009 LWB | Correspondence to clients and from clients. Correspondence from opposing counsel. | 0.50 | 100.00 |

PAGE: 4
May 18, 2009
ACCOUNT NO: 2008382-00A
STATEMENT NO.: 2

Phillip M. Manger

William G. Harrison, Sr. v. AEGIS Corporation etal

| Date | | Description | HOURS | |
|---|---|---|---|---|
| 04/08/2009 | LWB | Draft correspondence to opposing counsel. | 0.30 | 60.00 |
| 04/09/2009 | LWB | Prepare for Hearing on April 27. Review correspondence from opposing counsel. Review all emails. Legal research on lawyer client relationship and when it is established. | 2.80 | 560.00 |
| 04/13/2009 | LWB | Draft motion in opposition to Rule 59 motion. | 1.20 | 240.00 |
| 04/14/2009 | LWB | Correspondence from Client. Conference with opposing counsel. Draft correspondence to opposing counsel. | 0.70 | 140.00 |
| 04/15/2009 | LWB | Read correspondence from opposing counsel. Read new complaint from opposing counsel. Conference with clients. | 4.20 | 840.00 |
| | CJC | Review of appellate info, instructions to assistant, conference with colleagues. | 0.80 | 92.00 |
| 04/16/2009 | PJK | Telephone conference with District Court Administrator regarding confirmation that our Motion to Dismiss Appeal is on the April 27 Motion Calendar session. Memo to file. | 0.50 | 30.00 |
| | PJK | Correspondence to clerk of court regarding request for copy of transcript from February 16. 2009 district court session. | 0.20 | 12.00 |
| | LWB | Draft edit and revise affidavit for Phil. | 1.70 | 340.00 |
| | NN | Review correspondence from Livingston re his appeal and future of this litigation. | 0.30 | 18.00 |
| 04/21/2009 | PJK | Correspondence from trial court administrator regarding Motion Calendar Session for April 27; Confirm on calendar for scheduled date and time. | 0.30 | 18.00 |
| | CJC | Discussion with colleague and call from opposing counsel. | 0.40 | 46.00 |

Phillip M. Manger

William G. Harrison, Sr. v. AEGIS Corporation etal

PAGE: 6
May 18, 2009
ACCOUNT NO: 2008382-00A
STATEMENT NO.: 2

| Date / Timekeeper | Description | Hours | Amount |
|---|---|---|---|
| 05/07/2009 | | | |
| PJK | Revise and finalize Order to Dismiss in the Harrison file. | 0.60 | 36.00 |
| LWB | Finalize the Order of dismissal. | 6.00 | 1,200.00 |
| 05/08/2009 | | | |
| PJK | Revise and finalize Order to Dismiss in the Lucas file.; Correspondence to Judge Barefoot regarding signing and returning Order to Dismiss.; Revise and finalize Order to Dismiss in the Lucas file. | 1.30 | 78.00 |
| 05/12/2009 | | | |
| PJK | Review file materials; Place file materials in date order. | 1.50 | 90.00 |
| 05/13/2009 | | | |
| PJK | Prepare Calendar Request for Motion for Sanctions for each case. | 0.60 | 36.00 |
| PJK | Telephone conference with clerk of District Court regarding next Motion Calendar Session for our Motion for Sanctions. | 0.20 | 12.00 |
| PJK | Prepare facsimile cover sheet for District Court Administrator regarding filing Calendar Request for May 29th Motion Calendar session for our Motion for Sanctions. | 0.30 | 18.00 |
| PJK | Correspondence to clerk of court regarding filing Motion for Sanctions in each case. | 0.20 | 12.00 |
| PJK | Prepare Affidavit for attorney for draft of billing statement. | 0.30 | 18.00 |
| LWB | Draft Rule 11 motion. Draft affidavit for Phil Manger. Draft my affidavit for costs. | 1.20 | 240.00 |
| 05/18/2009 | | | |
| PJK | Correspondence from Trial Court Administrator regarding Motion Calendar Session for May 29 in Bladen County; Calendar our Motion for Sanctions for May 29. | 0.50 | 30.00 |
| | FOR CURRENT SERVICES RENDERED | 99.30 | 16,115.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Lee W. Bettis, Jr. | 68.70 | $200.00 | $13,740.00 |

PAGE: 7
May 18, 2009
Phillip M. Manger
ACCOUNT NO: 2008382-00A
STATEMENT NO.: 2

William G. Harrison, Sr. v. AEGIS Corporation etal

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Laura Nicole Norris Mills | 1.60 | 60.00 | 96.00 |
| Pamela J. Ketner | 19.20 | 60.00 | 1,152.00 |
| Charles J. Cushman | 9.80 | 115.00 | 1,127.00 |

| | | |
|---|---|---|
| 02/28/2009 | Legal Research | 90.00 |
| 04/27/2009 | (1/2) Travel expense for trip to and from Elizabethtown, NC (115 miles @ .55/mile) | 63.25 |
| 04/30/2009 | (1/2) Travel expense for trip to and from Elizabethtown, NC (115 miles @ .55/mile) | 63.25 |
| 04/30/2009 | Legal Research | 235.92 |
| | TOTAL ADVANCES | 452.42 |
| | PREVIOUS BALANCE | $19,454.50 |
| | TOTAL CURRENT WORK | 16,567.42 |
| 03/13/2009 | Payment, Thank you | -6,177.70 |
| 03/13/2009 | Payment for expenses advanced. | -1,281.05 |
| 03/13/2009 | Expense payment. | -41.25 |
| | TOTAL PAYMENTS | -7,500.00 |
| | COURTESY DISCOUNT | -1,611.50 |
| | BALANCE DUE | $26,910.42 |

Payments/Charges after statement date
appear on next statement
PLEASE INCLUDE ACCOUNT NUMBER ON CHECK

Emanuel & Dunn, PLLC
Attorneys At Law
3230 Country Club Road
P.O. Drawer 1389
New Bern, North Carolina 28563

Tel. 252-633-3800
Fax 252-633-6669
Federal ID #: 56-1349199

PAGE: 1
July 06, 2009

Phillip M. Manger
7144 North Harlem Avenue, Suite 323
Chicago IL 60631

ACCOUNT NO: 2008382-00A
STATEMENT NO.: 3

William G. Harrison, Sr. v. AEGIS Corporation etal

| Date | | Description | HOURS | |
|---|---|---|---|---|
| 04/26/2009 | CJC | Prep for Appeal Dismissal Hearing tomorrow. Research. | 1.80 | 207.00 |
| 04/27/2009 | CJC | Assist with hearing; materials to Bladen County and discussion with colleague. | 2.00 | 230.00 |
| 05/19/2009 | PJK | Correspondence from clerk of court regarding filed stamped copies of Motion for Sanctions. | 0.20 | 12.00 |
| 05/20/2009 | PJK | Correspondence from client regarding executed Affidavit regarding attorney fees; Correspondence to clerk of court regarding filing same. | 0.50 | 30.00 |
| | PJK | Correspondence from clerk of court regarding filed stamped copy of Order Dismissing case without prejudice for each case. | 0.50 | 30.00 |
| 05/27/2009 | PJK | Correspondence from Bladen County Clerk of Court regarding filed stamped copy of Philip Manager Affidavit.; | 0.40 | 24.00 |
| | PJK | Calendar opposing counsels Notice of Hearing for Rehearing on Partial Final Judgment. | 0.20 | 12.00 |

PAGE: 2
July 06, 2009
ACCOUNT NO: 2008382-00A
STATEMENT NO.: 3

Phillip M. Manger

William G. Harrison, Sr. v. AEGIS Corporation etal

|  |  | HOURS |  |
|---|---|---|---|
| 06/01/2009 PJK | Correspondence to Judge Barefoot regarding signing and returning Consent Orders in all three Bladen county District Court Cases. | 0.50 | 30.00 |
| 06/12/2009 PJK | Correspondence to opposing counsel regarding copies of Orders in each file, as per his request; Locate and copy Orders. | 0.60 | 36.00 |
| 06/29/2009 NN | Review notice of hearings on plaintiffs' motions for hearing of dismissal et al for July 6, 2009. Docket accordingly. | 0.30 | 18.00 |
| NN | Conference with attorney re removing these cases from calendar and telephone conference with Livingston re same. | 0.30 | 18.00 |
| NN | Review Livingston's correspondence to Judge Tyler re review of thse files prior to July 6th hearing. | 0.20 | 12.00 |
| 07/02/2009 NN | Telephone calls to clerk of court re removal of our motion for sanctions on monday. | 0.50 | 30.00 |
| 07/06/2009 PJK | Correspondence from trial court administrator regarding removing Motion for Sanctions on July 6 calendar; Correspondence to trial court administrator regarding confirmation of removal from calendar. | 0.50 | 30.00 |
| NN | Conference with staff re removal of our motion for sanctions from today's calendar; assist with drafting letter to court re removal of same. | 0.50 | 30.00 |
| NN | Telephone call from Bladen County clerk of court re removal of our motion for sanctions from today's calendar. | 0.30 | 18.00 |
|  | FOR CURRENT SERVICES RENDERED | 9.30 | 767.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Laura Nicole Norris Mills | 2.10 | $60.00 | $126.00 |
| Pamela J. Ketner | 3.40 | 60.00 | 204.00 |

Phillip M. Manger

ACCOUNT NO: 2008382-00A
STATEMENT NO.: 3

William G. Harrison, Sr. v. AEGIS Corporation etal

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Charles J. Cushman | 3.80 | 115.00 | 437.00 |

| | | |
|---|---|---|
| 06/30/2009 | Legal Research | 19.41 |
| | TOTAL ADVANCES | 19.41 |
| | PREVIOUS BALANCE | $26,910.42 |
| | TOTAL CURRENT WORK | 786.41 |
| | COURTESY DISCOUNT | -115.05 |
| | BALANCE DUE | $27,581.78 |

Payments/Charges after statement date
appear on next statement
PLEASE INCLUDE ACCOUNT NUMBER ON CHECK